UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

J. C.-H.,

           Plaintiff,

      v.

MICHELLE KING, et al.,

           Defendants.

Case No. 25-cv-01522-AMO

**JUDGMENT**

On March 10, 2026, the Court remanded this case for further proceedings.  Pursuant to Federal Rule of Civil Procedure 58, the Court **ENTERS JUDGMENT** in favor of Plaintiff and against Defendant.  The Clerk shall close the file in this matter.

    **IT IS SO ORDERED.**

Dated: March 10, 2026

 

_____

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**